UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA COOK,<br><br>                    Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>                    Defendant. | Case No. 24-cv-2342-BAS-SBC<br><br>**ORDER GRANTING JOINT MOTION TO FILE FIRST AMENDED COMPLAINT**<br>**(ECF No. 17)** |

      Plaintiff Lydia Cook ("Plaintiff") and Defendant Midland Credit Management ("Defendant") (collectively, the "Parties"), move for leave for Plaintiff to file a First Amended Complaint. (ECF No. 17.) Plaintiff filed her initial Complaint in mid-December. (ECF No. 1.) After the Court granted an order extending Defendant's time to respond (ECF No. 8), Defendant filed its Answer to the Complaint in late March 2025 (ECF No. 9). The Parties participated in an Early Neutral Evaluation and Case Management Conference on May 28, 2025 (ECF No. 15), and the Magistrate Judge issued a scheduling order for the case the same day, which set July 28, 2025, as the deadline for any motion to amend the pleadings (ECF No. 16). On the appointed day, the Parties filed the now-pending joint motion. (ECF No. 17.)

      The Parties seek leave for Plaintiff to file a First Amended Complaint to update Plaintiff's state of residency, the dates of the collection letters at issue, the characterization

1  of the debt, and adds a cause of action under an additional statute. (*Id.* at 2.) Under Federal
2  Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing
3  party's written consent or the court's leave. The court should freely give leave when justice
4  so requires." The Court finds this rule's conditions satisfied and **GRANTS** the Parties'
5  joint motion. (ECF No. 17.)
6      **IT IS SO ORDERED.**

8  **DATED: July 29, 2025**

                                                 **Hon. Cynthia Bashant, Chief Judge**
                                                 **United States District Court**